IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VICK ANTHONY GEORGE, )<br># 184992, )<br>   )<br>   Petitioner, )<br>   )<br>v. )<br>   )<br>GRANT CULLIVER, *et al.*, )<br>   )<br>   Respondent. ) | CASE NO.  1:09-cv-929-TMH<br>[wo] |

**OPINION and ORDER**

On November 14, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 18). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the 28 U.S.C. § 2254 petition for habeas corpus relief be DENIED, and that this case be and is hereby DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 2244(d)(1) for the Plaintiff's failure to file within the one-year period of limitation.

DONE this 9th day of December, 2011.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
UNITED STATES DISTRICT JUDGE